**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

URSULA WARDS,

    Plaintiff,

v.                                      CASE NO.: 8:18-cv-01291-CEH-JSS

MEDICREDIT, INC.,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Ursula Wards, and the Defendant, Medicredit, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| /s/ *Amanda J. Allen, Esq.* | /s/ *Scott A. Richards Esq.* |
| **Amanda J. Allen, Esquire** | **Scott A. Richards, Esquire** |
| Florida Bar No. 98228 | Florida Bar No. 72657 |
| Amanda@TheConsumerProtectionFirm.com | srichards@carltonfields.com |
| The Consumer Protection Firm, PLLC | Carlton Fields Jorden Burt, P.A. |
| 4030 Henderson Blvd. | 450 S. Orange Avenue, Suite 500 |
| Tampa, FL 33629 | Orlando, FL 32801 |
| Tele: (813) 500-1500 | Tele: (407) 849-0300 |
| Fax: (813) 435-2369 | Fax: (407) 648-9099 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

      I certify that on January 9, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                           *s/Amanda J. Allen, Esq.*
                           **Amanda J. Allen, Esquire**
                           Florida Bar No. 98228
                           Amanda@TheConsumerProtectionFirm.com
                           Shenia@TheConsumerProtectionFirm.com
                           THE CONSUMER PROTECTION FIRM, PLLC
                           4030 Henderson Blvd.
                           Tampa, FL 33629
                           Tele: (813) 500-1500
                           Fax: (813) 435-2369
                           ***Attorney for Plaintiff***